# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134918

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LESTER JEROME WILLIAMS,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134918
COA: 279148
Berrien CC: 2001-401728-FH

_____/

On order of the Court, the application for leave to appeal the August 29, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

                        Clerk

s1119